846 A.2d 592

IN THE MATTER OF E. RONALD WRIGHT, A JUDGE
OF THE NEW BRUNSWICK MUNICIPAL COURT.

April 26, 2004.

ORDER

The Advisory Committee on Judicial Conduct having filed with
the Court a presentment recommending that **E. RONALD
WRIGHT**, a Judge of the Municipal Court of New Brunswick, be
reprimanded for violations of Canons 1 (*A Judge Should Uphold
the Integrity and Independence of the Judiciary* ), 2A and 2B (*A
Judge Should Avoid Impropriety and the Appearance of Impro-
priety in All Activities* ) of the *Code of Judicial Conduct,* and
*Rule* 2:15–8(a)(6)(engaging in conduct prejudicial to the adminis-
tration of justice that brings the judicial office into disrepute);

And respondent, through counsel, having waived his right to a
hearing before the Supreme Court and having consented to the
imposition of the sanction recommended by the Advisory Commit-
tee on Judicial Conduct;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Commit-
tee on Judicial Conduct is adopted and **E. RONALD WRIGHT** is
hereby reprimanded.